

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

DISTRICT COURT, COUNTY OF WASHINGTON, STATE OF COLORADO

Civil Action Number 91 CV 13                               Courtroom

## ORDER

U.S. Department of Health and Human Services d/b/a Health Education Assistance Loan Program d/b/a Student Loan Marketing Association,

Plaintiff,

David B. Oakley,

Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 8 2005
05 J 22
GREGORY C. LANGHAM
CLERK

FILED IN DISTRICT COURT
Washington County, Colo.
AUG 13 1991
WILLADENE A. BURLEY
CLERK

THIS MATTER, coming on to be heard upon the Verified Motion for Default Judgment filed by Plaintiff, the Court having read said Motion and the Affidavit attached thereto; venue having been considered and being proper; the Court having reviewed it's file and being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

THAT there is no just reason for delay in entering Judgment and that Judgment shall enter in favor of Plaintiff, U. S. Department of Health and Human Services d/b/a Health Education Assistance Loan Program d/b/a Student Loan Marketing Association and against the Defendant(s) David B. Oakley, individually in the amount of $27,946.00 principal, plus interest in the amount of $18,383.59 at the rate of 11.625% per annum in accordance with executed Promissory Notes, plus $6,770.04 reasonable attorney's fees, plus court costs in the amount of $103.20, for a total of $_____, plus continuing interest at the rate of 11.625% per annum from the date of Judgment until paid, plus additional costs.

DATED this 13th day of August, 1991.

By the Court:

_____
Judge

STATE OF COLORADO, } ss.
County of WASHINGTON

I, WILLADENE BURLEY ........ Clerk of the District Court of the THIRTEENTH Judicial District of the State of Colorado within and for WASHINGTON County, do hereby certify the foregoing to be a true, perfect and complete copy of TRANSCRIPT OF JUDGMENT

CASE NO. 91CV13

U. S. DEPARTMENT OF HEALTH AND HUMA SERVICES D/B/A
HEALTH EDUCATION ASSISTANCE LOAN PROGRAM D/B/A
STUDENT LOAN MARKETING ASSOCIATION, PLAINTIFF
VS
DAVID B. OAKLEY, DEFENDANT.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court at my office in AKRON, COLORAOD this 1st day of October 19 91

_Willadene Burley_
CLERK.

---

STATE OF COLORADO, } ss.
County of WASHINGTON

I, DOUGLAS R. VANNOY ........ Judge of the District Court of the THIRTEENTH Judicial District of the State of Colorado within and for the County of WASHINGTON, do hereby certify that WILLADENE BURLEY whose name is subscribed to the foregoing Certificate of Attestation, now is, and was, at the time of signing and sealing the same, Clerk of the District Court of WASHINGTON County aforesaid, and keeper of the Records and seal thereof, duly appointed and qualified to office; that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Record and elsewhere; and that his said attestation is in due form of law, and by the proper officer.

Given under my hand and seal this 1st day of October 19 91

_Douglas R. Vannoy_ (SEAL)

---

STATE OF COLORADO, } ss.
County of WASHINGTON

I, WILLADENE BURLEY ........ Clerk of the District Court of the THIRTEENTH Judicial District of the State of Colorado within and for WASHINGTON County, do hereby certify that DOUGLAS R. VANNOY whose genuine signature is appended to the foregoing certificate, was, at the time of signing the same, Judge of the District Court of WASHINGTON County, of the State of Colorado, duly commissioned and qualified; that full faith and credit are and of right ought to be given to all his official acts as such, in all Courts of Record, and elsewhere.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court, at my office in AKRON Colo., this 1st day of October 19 91

_Willadene Burley_
CLERK.

## JUDGMENT RECORD

DISTRICT COURT, WASHINGTON COUNTY, COLORADO

CASE NO. 91CV13

| CASE TITLE |
|---|
| U. S. DEPARTMENT OF HEALTH AND HUMAN SERVICES D/B/A HEALTH EDUCATION ASSISTANCE LOAN PROGRAM D/B/A STUDENT LOAN MARKETING ASSOCIATION, PLAINTIFF, VS DAVID B. OAKLEY, DEFENDANT. |

| Judgment Debtor | Judgment Creditor |
|---|---|
| DAVID B. OAKLEY | U. S. DEPARTMENT OF HEALTH AND HUMAN SERVICES D/B/A HEALTH EDUCATION ASSISTANCE LOAN PROGRAM D/B/A STUDENT LOAN MARKETING ASSOCIATION |

Judgment Date: 08-13-91

| ORIGINAL JUDGMENT | | COSTS AFTER ENTRY OF JUDGMENT | | |
|---|---|---|---|---|
| Item | Amount | Date | Item | Amount |
| Judgment | $27,946.00 | | | |
| Interest 11.625 % | 18,383.59 | | | |
| Attorney Fee | 6,770.06 | | | |
| Costs | 103.20 | | | |

State of Colorado )
) SS.  **TRANSCRIPT OF JUDGMENT RECORD**
County of WASHINGTON )

I, WILLADENE BURLEY, Clerk of the District Court, County of WASHINGTON, State of Colorado, do hereby certify that the above judgment, in the above entitled cause, is a true and complete transcript and copy of the Judgment Record, which is retained in my office.

WITNESS my hand and the seal of this Court, at AKRON, COLORADO, in the County and State named above, this 11TH day of SEPTEMBER, 19 91.

_Willadene Furley_
Clerk of the Court

D. L. GLENN
ATTORNEY AT LAW
1117 CHEROKEE ST.
DENVER, COLO. 80204

JDF-230

By_____ Deputy

## ASSIGNMENT OF JUDGMENT

I, MARY KAY MAUER, representing the Student Loan Marketing Association/Loan Servicing Center/Indianapolis (Sallie Mae) of 11100 USA Parkway, P.O. Box 6180, City of Fishers, County of Hamilton, State of Indiana, in consideration of the sum of $46,329.59, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign the judgment, recovered by Sallie Mae on 8/13/91 , docketed in the DISTRICT COURT CO OF WASHINGTON, CO, Case No. 91-CV-13, against DAVID B OAKLEY, SSN#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, for $53,202.85 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing this judgment.

The Loan Servicing Center/Indiana address is:  11100 USA Parkway, PO Box 6180, Fishers, IN 46038, (800)251-4127.

The DHHS address is:  U.S. Department of Health and Human Services, Debt Management Branch, 5600 Fishers Lane, Room 2B-60, Rockville, MD  20857, (301) 443-1782.

I have executed this assignment at Loan Servicing Center/Indianapolis the October 11, 2005 .

MARY KAY MAUER